IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ARMSTRONG JACOB KNIGHT** § | | **PLAINTIFF** |
| § | | |
| v. § | | **Civil Action No. 1:08cv243-LG-RHW** |
| § | | |
| **JIM HOOD and MICHAEL DAVIS,** § | | |
| Warden SMCI § | | **DEFENDANTS** |

ORDER ADOPTING PROPOSED FINDINGS
OF FACT AND RECOMMENDATION

**BEFORE THE COURT** is the Proposed Findings of Fact and Recommendation [18] entered by United States Magistrate Judge Robert H. Walker on May 11, 2011. Judge Walker recommends that Armstrong Jacob Knight's petition for writ of habeas corpus be denied and dismissed. On May 31, 2011, Knight filed a document entitled "Motion to Object to Magistrate Walker's Proposed Finding[s] of Fact and Recommendation to Deney [sic] Knight Relief." However, in this pleading, Knight asks the Court to "deny this writ, and get it over with. Hopefully we do not see each other again."

Where no party has objected to the Magistrate Judge's proposed findings of fact and recommendation, the Court need not conduct a *de novo* review of it. *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only satisfy itself that there is no clear error on the face of the record. *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having conducted the required review, the Court finds that Judge Walker's Proposed Findings of Fact and Recommendation is neither clearly erroneous nor contrary to law. Therefore, the Court finds that the Proposed Findings of Fact and Recommendation entered by United States Magistrate Judge Robert H. Walker should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [18] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, **ADOPTED** as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Armstrong Jacob Knight's petition for writ of habeas corpus is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 3rd day of June, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE