IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ARMSTRONG JACOB KNIGHT** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:08cv243-LG-RHW |
| | § | |
| **JIM HOOD and MICHAEL DAVIS,** | § | |
| Warden SMCI | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [18] entered by United States Magistrate Judge Robert H. Walker on May 11, 2011, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [18] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, **ADOPTED** as the finding of this Court. This lawsuit is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 3rd day of June, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE